RECEIVED
IN LAFAYETTE, LA.
OCT 5 2011
TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MICKEY W. JOHNSON | CIVIL ACTION 11-1314 |
| VERSUS | JUDGE HAIK |
| WARDEN TERRY TERRELL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to Magistrate Judge Patrick Hanna for Report and Recommendation. After full consideration of the record, including the Objection filed by Mickey Johnson, the Court concludes the Report and Recommendation of the Magistrate Judge is correct and, therefore, adopts the conclusions set forth therein. Accordingly,

**IT IS ORDERED that the petition for *habeas corpus* is DISMISSED with PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

THUS DONE and SIGNED on this _____ day of October, 2011.

RICHARD T. HAIK SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA